# WILMERHALE

**Ryan Chabot**

+1 212 295 6513 (t)
+1 212 230 8888 (f)
ryan.chabot@wilmerhale.com

November 18, 2025

**VIA CM/ECF**

Patricia S. Dodszuweit, Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1790

**Re:** *Govatos v. Murphy*, **No. 24-2947**

Dear Ms. Dodszuweit:

Under FRAP 43(a)(1), I write to inform the Court that Plaintiff-Appellant Judith Govatos has died, without access to medical aid in dying in New Jersey (or Delaware).

                                                                                              Respectfully submitted,

                                                                                         */s/ Ryan Chabot*
                                                                                         Ryan Chabot

cc: Counsel of record (via CM/ECF)