UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 24-2947
_____

JUDITH GOVATOS; DR. PAUL BRYMAN, DO, FACOI, AGSF, CMD,
                                                                          Appellants

v.

PHIL MURPHY, Governor of New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey; JUDITH PERSICHILLI, in her official capacity as New Jersey Health Commissioner; ANTONIA WINSTEAD, in her official capacity as Executive Director of New Jersey Board of Medical Examiners; GRACE MACAULAY, in her official capacity as the prosecutor of Camden County, New Jersey

_____

On Appeal from the United States District Court
for the District of New Jersey
(No. 1:23-cv-12601)
District Judge: Hon. Renée Marie Bumb
_____

ORDER TO AMEND CAPTION
_____

Before: BIBAS, MONTGOMERY-REEVES, and AMBRO, *Circuit Judges*

Counsel has advised the Court that Ms. Govatos died. The caption for this appeal will be revised to read as follows:

DR. PAUL BRYMAN, DO, FACOI, AGSF, CMD,
                                                                          Appellant

v.

PHIL MURPHY, Governor of New Jersey; MATTHEW J. PLATKIN, in his official capacity as Attorney General of New Jersey; JUDITH PERSICHILLI, in her official capacity as New Jersey Health Commissioner; ANTONIA WINSTEAD, in her official

capacity as Executive Director of New Jersey Board of Medical Examiners; GRACE MACAULAY, in her official capacity as the prosecutor of Camden County, New Jersey

                                              BY THE COURT

                                              <u>s/ Stephanos Bibas</u>
                                              Circuit Judge

DATE: November 24, 2025
Tmm/cc: All Counsel of Record